UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 14-13900



John Pinson v. Albertelli Law Partners LLC, et al.

# CERTIFICATE OF INTERESTED PERSONS

# AND CORPORATE DISCLOSURE STATEMENT

Albertelli Law Partners LLC, Defendant in trial court and Appellee party

Albertelli Law, law firm of attorney for Appellees

Hopkins, James M., U.S. District Court trial judge (Magistrate Judge)

James E. Albertelli PA, Defendant in trial court and Appellee party

Kelly, Peter W., attorney for Appellee in trial court and for Appellee

Kourofsky, Amber Mae, attorney for Appellee in trial court and for Appellee

Pinson, John, *pro se*, Plaintiff below and Appellant

Ryskamp, Kenneth L., U.S. District Court trial judge (District Judge)

Schulis, Matthew Lee, attorney for Appellee in trial court and for Appellee

Shaldjian, Rubina K., attorney for Appellee in trial court and for Appellee

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

John Pinson v. Albertelli Law Partners LLC, et al.     Appeal No. 14-13900

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties and Corporate Disclosure Statement was filed with the Clerk of the U.S. Court of Appeals, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, and an additional a true and correct copy with first-class postage prepaid, has been deposited in the U.S. Mail today.

### Service List

Rubina K. Shaldjian, Esq.
rshaldjian@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel. 813-221-4743 x1508
Fax. 813-221-9171
Attorney for Appellee:
Albertelli Law Partners LLC

Matthew L. Schulis, Esq.
mschulis@albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
Tel: 813-221-4743x 2621
Fax: 813-221-9171
Attorney for Appellee:
James E Albertelli PA

Signed September 11, 2014

_____
John Pinson

John Pinson
PO Box 3386
P.B., FL 33480



Office of the Clerk
John Ley, Clerk
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St. N.W.
Atlanta, Georgia 30303