UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 14-13900

John Pinson,

    Plaintiff-Appellant

vs

Albertelli Law Partners LLC, et al.

    Defendants,

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Comes now John Pinson, the Appellant herein, and files this Motion for Extension of Time to File Initial Brief for grounds would show the court:

1. Appellant's initial brief is due to be filed with the Court on October 8, 2014, and Appellant seeks a thirty (30) day extension of time to file his initial brief, through and including November 7, 2014.

2. Because a member of pro se Appellant's immediate family, who depends upon him for assistance and emotional support, recently had surgery and is undergoing treatment, and this inadvertent event has added a time burden upon pro se Appellant and also taken heavy emotional toll, causing a lack of

sleep, lack focus, and a general loss of available time, the pro se Appellant needs an extension of time to file his initial brief with the Court.

3. Appellant is pro se and does not have a support staff.

4. Moreover, because this is the pro se Appellant's first appeal brief in this Court and he needs additional time to study the rules of the appeals court, properly research and draft and format his opening brief, and have it properly printed and bound and shipped to the appeals court in Atlanta, the pro se Appellant need an extension of time to file his initial brief with the Court.

5. This request for extension of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.

6. This motion for extension of time complies with 11th Cir. R. 31-2(c) and is filed fourteen (14) days in advance of the deadline.

**WHEREFORE**, Appellant, John Pinson, requests that this Court grant his motion and extend the time to file his initial brief for thirty (30) days through and including November 7, 2014.

Dated: September 24, 2014        Respectfully Submitted,

_____
John Pinson, pro se Appellant

> 526 Westwood Road
> West Palm Beach, Florida 3401
> 561-329-2524
> john@pinson.com

## CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

I attempted to conferred with the opposing counsel for the Appellees in this matter to see if they opposed this Motion for Extension of Time to File Initial Brief, Mr. Matthew L. Schulis, whose position was that Appellee "Agrees" with the motion.

_____
John Pinson, pro se Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties and Corporate Disclosure Statement was filed with the Clerk of the U.S. Court of Appeals, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, and an additional a true and correct copy with first-class postage prepaid, has been deposited in the U.S. Mail today.

### Service List

| | |
|---|---|
| Rubina K. Shaldjian, Esq. | Matthew L. Schulis, Esq. |
| rshaldjian@albertellilaw.com | mschulis@albertellilaw.com |
| Albertelli Law | Albertelli Law |
| P.O. Box 23028 | P.O. Box 23028 |
| Tampa, FL 33623 | Tampa, FL 33623 |
| Tel. 813-221-4743 x1508 | Tel: 813-221-4743x 2621 |
| Fax. 813-221-9171 | Fax: 813-221-9171 |
| Attorney for Appellee: | Attorney for Appellee: |
| Albertelli Law Partners LLC | James E Albertelli PA |

Dated: September 24, 2014

_____
John Pinson, pro se Appellant

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 14-13900

John Pinson v. Albertelli Law Partners LLC, et al.

CERTIFICATE OF INTERESTED PERSONS

AND CORPORATE DISCLOSURE STATEMENT

Albertelli Law Partners LLC,  Defendant in trial court and Appellee party

Albertelli Law,  law firm of attorney for Appellees

Hopkins, James M.,  U.S. District Court trial judge (Magistrate Judge)

James E. Albertelli PA,  Defendant in trial court and Appellee party

Kelly, Peter W.,  attorney for Appellee in trial court and for Appellee

Kourofsky, Amber Mae,  attorney for Appellee in trial court and for Appellee

Pinson, John, *pro se*, Plaintiff below and Appellant

Ryskamp, Kenneth L.,  U.S. District Court trial judge (District Judge)

Schulis, Matthew Lee,  attorney for Appellee in trial court and for Appellee

Shaldjian, Rubina K.,   attorney for Appellee in trial court and for Appellee

C-1 of 1