## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 24, 2014

John Pinson
526 WESTWOOD RD
WEST PALM BEACH, FL 33401

Appeal Number: 14-13900-CC
Case Style: John Pinson v. Albertelli Law Partners LLC, et al
District Court Docket No: 9:14-cv-80009-KLR

The brief filed by you in the referenced appeal is deficient for the reason(s) set forth below.

Appellant's Certificate of Service does not reflect service upon opposing party.

Please submit seven copies of a corrected certificate of service showing: name, address, mode and date of service upon opposing party.

Your brief has been conditionally filed, subject to receipt of seven (7) copies of the item(s) noted above within **FOURTEEN (14) DAYS** from this date. The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of corrected copies. See 11th Cir.R. 32-3

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mary Marshall
Phone #: (404) 335-6223

BR-8A Pro Se brief deficiency ltr