IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO.: 14-13900-CC

JOHN PINSON,

                              **Plaintiff-Appellant,**

versus

ALBERTELLI LAW PARTNERS, LLC, ET AL.

                              **Defendant(s)- Appellee(s).**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Appeal from the United States District Court for the
Southern District of Florida

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION FOR EXTENSION OF TIME**

      COMES NOW James E. Albertelli, P.A., improperly named as Albertelli Law Partners, LLC ("Albertelli"), by and through undersigned counsel and pursuant to 11th Cir. R. 31-2(a), 11th Cir. R. 31-2(c) and Federal Rule of Appellate Procedure 6(b) hereby requests this Honorable Court enter an Order granting a forty five (45) day extension of time within which to respond to the Plaintiff-Appellant's Initial Brief, and in support thereof states:

1.     This is an appeal of an action brought for damages for violations of the Fair Debt Collection Practices Act and of the Florida Consumer Collection Practices Act, and for declaratory and injunctive relief.

2. The Plaintiff-Appellant's Initial Brief contains a Certificate of Service dated November 13, 2014 however the service of the Initial Brief was not postmarked until November 17, 2014 as evidenced by a copy of the envelope sent, attached and incorporated herein as Exhibit "A".

3. The office of the undersigned received service of the Plaintiff-Appellant's Initial Brief on November 19, 2014.

4. Due to the voluminous nature of the Plaintiff-Appellant's Initial Brief the undersigned has not yet been unable to collect all necessary information and documents to file a proper response to Initial Brief.

5. Pursuant to 11th Cir. R. 31-2(a) & (c) the undersigned respectfully requests a forty five (45) day extension of time to respond to Plaintiff's Complaint.

6. Pursuant to 11th Cir. R. 31-2(c) the undersigned has submitted this request seven days in advance of the due date for filing the brief, December 17, 2014.

7. This appeal is in its early stages, with the only the Initial Brief having been filed. As such, undersigned does not believe any party would be prejudiced by the extension requested.

8. This request for an extension of time is made in good faith and it not made for the purpose of delay or for any other improper purpose.

WHEREFORE the Defendant- Appellee, James E. Albertelli, P.A., requests an Order from the Court allowing it an additional forty five (45) days in which to file a responsive brief, and grant such other and further relief this Honorable Court deems just and proper.

Respectfully submitted,

By: _/s/_ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService1: GenLit@albertellilaw.com
eService2: servealaw@albertellilaw.com

**CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL/PRO SE PARTY**

The undersigned has conferred with the *Pro Se* Appellant both telephonically and via email regarding this Motion for Extension of Time and the *Pro Se* Appellant has indicated that he has no objection with this motion or this Honorable Court granting the requested extension.

By: _/s/_ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esquire

**CERTIFICATE OF SERVICE**

Defendant-Appellee, ALBERTELLI LAW PARTNERS, LLC, ("Appellee"), by and through its undersigned attorneys, hereby certifies in accordance with FRAP 25(b) through (d) and 11th Cir. R. 25-3 that a true and correct copy of the foregoing Motion for Extension of Time was filed with the Clerk of the U.S. Court of Appeals via CM/ECF and served upon on all counsel

and parties in interest via CM/ECF and was additionally served via email/ eServe and/or U.S. Mail to John Pinson, 526 Westwood Road, West Palm Beach, FL 33401, john@pinson.com on this  10th  day of December, 2014.

By: _/s/  Matthew L. Schulis, Esq.
Matthew L. Schulis, Esquire
Florida Bar Number: 57116
mschulis@albertellilaw.com
ALBERTELLI LAW
P.O. Box 23028
Tampa, FL 33623
Tel: (813) 221-4743x 2621
Fax: (813) 221-9171
eService1: mschulis@albertellilaw.com
eService2: GenLit@albertellilaw.com

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO.: 14-13900-CC

**Pinson versus Albertelli Law Partners, LLC, et al.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>**CERTIFICATE OF INTEREST PERSONS**</u>

<u>**& CORPORATE DISCLOSURE STATEMENT**</u>

- James E. Albertelli, P.A., improperly named as Albertelli Law Partners, LLC, Appellee

- Hon. James M Hopkins, U.S. District Court Judge (Magistrate Judge)

- Peter W. Kelly, former Associate Attorney with Appellee who filed pleadings in the Lower Court Case

- Amber Mae Kourofsky, Esq., Associate Attorney with Appellee who filed pleadings in the Lower Court Case

- John Pinson, pro se Appellant

- Hon. Kenneth L. Ryskamp, U.S. District Court Judge (District Judge)

- Matthew L. Schulis, Esq., Lead Counsel for Appellee

- Rubina K. Shaldjian, Esq., Associate Attorney with Appellee who filed pleadings in the Lower Court Case

C-1

John Pinson
526 Westwood F
West Palm Beach, FL 33401-7856

Albertelli Law
P.O. Box 23028
Tampa, FL 33623



1000
33623



U.S. POSTAGE
PAID
PALM BEACH, FL
33480
NOV 17 '14
AMOUNT
$3.08
0003045-1

Exhibit "A"