

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No. 14-13900

John Pinson,

    Plaintiff-Appellant

vs

Albertelli Law Partners LLC, et al.

    Defendants-Appellees,

## APPELLANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Comes now John Pinson, the Appellant herein, and files this Motion for Extension of Time to File Reply Brief for grounds would show the court:

1. Appellant's initial brief is due to be filed with the Court on February 19, 2015, and Appellant seeks a twenty-one (21) day extension of time to file his reply brief, through and including March 12, 2015.

2. Because of current commitments, other pressing matters and limited time to properly conduct research into the matters addressed in the response brief Appellant need additional time. The *pro se* do not have any support staff to conduct research for him, and must take time to go to the law library.

3. Appellees have hired new lead counsel who has introduced substantial argument that the 11<sup>th.</sup> Circuit standard of review on 12(b)(6), Fed.R.Civ.P., motion to dismiss <u>should no longer</u> be *de novo,* warranting Appellant's significant research into the issue.

4. Moreover, because this is the pro se Appellant's first reply brief in this Court and he needs additional time to study the rules of the *appeals court,* properly research and draft and format his reply brief, and have it properly printed and bound and shipped to the appeals court in Atlanta, the *pro se* Appellant need an extension of time to file his reply brief with the Court.

5. This request for extension of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.

6. This motion for extension of time complies with 11th Cir. R. 31-2(c) and is filed at least (7) seven days in advance of the deadline.

**WHEREFORE**, Appellant, John Pinson, requests that this Court grant his motion and extend the time to file his reply brief for twenty-one (21) days through and including March 12, 2015.

Dated: February 5, 2015        Respectfully Submitted,

_____
John Pinson, pro se Appellant
526 Westwood Road

West Palm Beach, Florida 3401
561-329-2524
john@pinson.com

## CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

I attempted to conferred with the opposing counsel for the Appellees in this matter to see if they opposed this Motion for Extension of Time to File Reply Brief, Ms. Layla K. McDonald, whose position was that the Appellees have no objection to the relief requested in the motion.

_____
John Pinson, pro se Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Reply Brief was filed with the Clerk of the U.S. Court of Appeals, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, and an additional a true and correct copy with first-class postage prepaid, has been deposited in the U.S. Mail today.

### Service List

| | |
|---|---|
| Layla K. McDonald, Esq. (Lead) | Matthew L. Schulis, Esq. |
| l.mcdonald.esq@gmail.com | mschulis@albertellilaw.com |
| McDonald Law, PLLC | Albertelli Law |
| P.O. Box 41556 | P.O. Box 23028 |
| St. Petersburg, FL 33743 | Tampa, FL 33623 |
| Tel: (727) 667-2269 | Tel: 813-221-4743x 2621 |
| Fax. (Unknown) | Fax: 813-221-9171 |
| Attorney for Appellees: | Attorney for Appellees: |

Dated: February 5, 2015

_____
John Pinson, pro se Appellant

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

Appeal No. 14-13900

_____

John Pinson v. Albertelli Law Partners LLC, et al.

CERTIFICATE OF INTERESTED PERSONS

AND CORPORATE DISCLOSURE STATEMENT

Albertelli Law Partners LLC,  Defendant in trial court and Appellee party

Albertelli Law,  law firm of attorney for Appellees

Hopkins, James M.,  U.S. District Court trial judge (Magistrate Judge)

James E. Albertelli PA,  Defendant in trial court and Appellee party

Kelly, Peter W.,  attorney for Appellee in trial court and for Appellee

Kourofsky, Amber Mae,  attorney for Appellee in trial court and for Appellee

McDonald, Layla K., attorney for Appellee

Pinson, John, *pro se*, Plaintiff below and Appellant

Ryskamp, Kenneth L.,  U.S. District Court trial judge (District Judge)

Schulis, Matthew Lee,  attorney for Appellee in trial court and for Appellee

Shaldjian, Rubina K.,   attorney for Appellee in trial court and for Appellee

C-1 of 1