**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 11, 2015

Layla K. McDonald
McDonaldLaw, PLLC
556 PARK ST S
ST PETERSBURG, FL 33707

Appeal Number: 14-13900-CC
Case Style: John Pinson v. Albertelli Law Partners LLC, et al
District Court Docket No: 9:14-cv-80009-KLR

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

Sufficiently durable cover. 11th Cir. R. 32-2. Please submit durable front and back covers with the required information on front covers.

FYI: The Statement Regarding Oral Argument should be towards the front of the brief. Please see 11th Cir. R. 28-1 Brief – Contents.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Mary Marshall
Phone #: (404) 335-6223

BR-8 Brief deficiency ltr