UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 14-13900
_____

District Court Docket No.
9:14-cv-80009-KLR

JOHN PINSON,

                        Plaintiff - Appellant,

versus

ALBERTELLI LAW PARTNERS LLC,
a Florida LLC,
JAMES E. ALBERTELLI PA,
a Professiional Association,

                        Defendants - Appellees.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 09, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Jeff R. Patch